HENRY B. EASTMAN

*v.*

LYDIA M. LITTLEFIELD, Exrx. *et al.*

*Filed at Springfield November 10, 1896.*

APPEALS AND ERRORS—*when Appellate Court has no jurisdiction.* When a case necessarily involves title to a freehold the Appellate Court cannot do otherwise than dismiss the appeal to that court, and its action in so doing will be affirmed.

APPEAL from the Appellate Court for the Third District;—heard in that court on writ of error to the Circuit Court of Adams county; the Hon. OSCAR P. BONNEY, Judge, presiding.

GOVERT & PAPE, for appellant.

J. F. CARROTT, for appellees.

Per CURIAM: As the question between the appellant, Eastman, and the appellees was one involving title to lands a freehold was necessarily involved, and the Appellate Court could not do otherwise than dismiss the writ of error taken by the appellant to that court. The judgment of the Appellate Court dismissing the writ of error will be affirmed.     *Judgment affirmed.*